■ ADAM MUHAMAD, an Infant, by His Mother and Natural Guardian, LISA MCMILLAN, et al., Respondents, v NEW YORK CITY HOUSING AUTHORITY, Appellant.—Order, Supreme Court, Bronx County (Anita Florio, J.), entered on April 8, 1992, unanimously affirmed for the reasons stated by Florio, J., without costs and without disbursements. No opinion. Concur —Rosenberger, J. P., Ellerin, Kupferman and Kassal, JJ.

■ HENRY HEWES et al., Appellants, v MARINE MIDLAND BANK, N. A., Respondent.—Order, Supreme Court, New York County (Martin Schoenfeld, J.), entered on April 24, 1991, unanimously affirmed for the reasons stated by Schoenfeld, J., without costs and without disbursements. No opinion. Concur —Rosenberger, J. P., Ellerin, Kupferman and Kassal, JJ.